HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
Jason Holley
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
linda.harter@fd.org

Attorney for Defendant
Melchor Norcross

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:13-MJ-00085-DAD |
|---|---|
| Plaintiff, | ) STIPULTION AND ORDER TO VACATE |
| | ) BENCH TRIAL AND SET A CHANGE OF |
| vs. | ) PLEA HEARING |
| Melchor Norcross | ) Date: November 20, 2013 |
| | ) Time: 9:00 AM |
| Defendant. | ) Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Ashwin Janakiram, Special Assistant United States Attorney, and Linda Harter, Chief Assistant Federal Defender, attorney for MELCHOR NORCROSS, that the court vacate the November 20, 2013

///

///

///

///

Bench Trial and set a date for a Change of Plea hearing on November 20, 2013 at 9:00 a.m.

Dated: November 15, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ LINDA C. HARTER*
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
MELCHOR NORCROSS

*/s/ Jason Holley*
Jason Holley
Certified Student Attorney

Dated: November 15, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Ashwin Janakiram*
Ashwin Janakiram
Special Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: November 18, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE